**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Personal Web Technologies, LLC   v.   Apple, Inc.

No. 16-1174

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Personal Web Technologies, LLC
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: Phillip J. Lee
Law Firm: McKool Smith Hennigan, P.C.
Address: 865 South Figueroa Street, Suite 2900
City, State and Zip: Los Angeles, California 90017
Telephone: (213) 694-1200
Fax #: (213) 694-1234
E-mail address: plee@mckoolsmithhennigan.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/6/14

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date November 19, 2015   Signature of pro se or counsel /s/ Phillip J. Lee

cc: All Counsel via CM/ECF

Reset Fields